UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **DIANE KATZ, an individual,**<br><br>     Plaintiff,<br><br>v.<br><br>**ELECTRUM PARTNERS, LLC, a Nevada limited liability company; and LESLIE BOCSKOR, an individual,**<br><br>     Defendants. | **Case No. 9:19-cv-81473-DMM**<br><br>**NOTICE OF REMOVAL** |

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for ELECTRUM PARTNERS, LLC, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    NONE


Dated: October 29, 2019                                       Respectfully submitted,

                                                                              By:     */s/ Galen J. Criscione*
                                                                               Galen J. Criscione, Esq.
                                                                               Criscione Ravala, LLP
                                                                               FL Bar No: 0088593
                                                                               Attorneys for Defendants
                                                                               110 E. Broward Blvd. Suite 1700
                                                                               Ft. Lauderdale, FL  33139
                                                                               Ph: (800) 583-1780, Ext. 501
                                                                               Fax: (800) 583-1787
                                                                               gcriscione@lawcrt.com


TO:    Ann Tomasello, Esq.
           Scott Wagner & Associates, P.A.
           Attorney for Plaintiff
           250 South Central Blvd., Suite 104-A
           Jupiter, FL. 33458

## **CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of October, 2019, a true and accurate copy of Defendants' Rule 7.1 statement was served upon attorney for Plaintiff, Ann Tomasello, Esq.,Scott Wagner & Associates, P.A., 250 South Central Blvd., Suite 104-A, Jupiter, FL. 33458 via this Court's CM/ECF system.

Dated: October 29, 2019                    Respectfully submitted,

By:    */s/ Galen J. Criscione*
Galen J. Criscione, Esq.
Criscione Ravala, LLP
FL Bar No: 0088593
Attorneys for Defendants
110 E. Broward Blvd. Suite 1700
Ft. Lauderdale, FL  33139
Ph: (800) 583-1780, Ext. 501
Fax: (800) 583-1787
gcriscione@lawcrt.com