UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-81473-CV-MIDDLEBROOKS/BRANNON**

DIANE KATZ,

    Plaintiff,

v.

ELECTRUM PARTNERS, LLC,
a foreign limited liability company and
LESLIE BOCSKOR,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF DEFENDANTS' FAILURE TO RESPOND**

    Plaintiff, DIANE KATZ, by and through her undersigned counsel hereby notifies the Court that Defendants have not provided a response to the Complaint. Defendants' filed a Removal Petition on October 29, 2019 (DE 1) and have not filed a responsive pleading in compliance with Rule 81, Fed.R.C.P. It has been more than 20 days since the filing of a petition.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I have electronically filed the foregoing document with the Clerk of the United States District Court, Southern District of Florida, this 22nd day of November 2019, by using the CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                        s/Cathleen Scott
                                        Anne Tomasello, Esq.
                                        Florida Bar No. 877751
                                        Primary e-mail: ATomasello@scottwagnerlaw.com
                                        Secondary e-mail: mail@scottwagnerlaw.com
                                        Cathleen Scott, Esq.
                                        Florida Bar No. 135331
                                        Primary e-mail: CScott@scottwagnerlaw.com
                                        Secondary e-mail: mail@scottwagnerlaw.com

SCOTT WAGNER & ASSOCIATES, P.A.
250 South Central Boulevard, Suite 104-A
Jupiter, FL 33458
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
Secondary Address:  101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com
*Attorneys for Plaintiff*

**SERVICE LIST**
**CASE NO. 19-81473-CV-MIDDLEBROOKS/BRANNON**

Galen J. Criscione, Esq.
Criscione Ravala, LLP
FL Bar No: 0088593
Attorneys for Defendants
110 E. Broward Blvd. Suite 1700
Ft. Lauderdale, FL 33139
Ph: (800) 583-1780, Ext. 501
Fax: (800) 583-1787
gcriscione@lawcrt.com