**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-81473-MIDDLEBROOKS

DIANE KATZ,

     Plaintiff,

v.

ELECTRUM PARTNERS, LLC, LESLIE
BOCSKOR,

     Defendants.

_____/

**ORDER ON MOTION FOR DEFAULT JUDGMENT**

THIS CAUSE comes before the Court upon a Motion for Default Judgment filed by Plaintiff Diane Katz ("Plaintiff") on December 18, 2019. (DE 10). Defendants Electrum Partners, LLL and Leslie Bocskor ("Defendants") responded on January 20, 2020. (DE 11). Plaintiff replied on January 27, 2020. (DE 12).

As an initial matter, the clerk has not entered default in this case. Final default cannot be sought without clerk's entry of default. Accordingly, I find that it is not appropriate to enter default judgment at this juncture as Plaintiff has not complied with the correct procedure.

The issue remains as to whether Defendants should otherwise be sanctioned for their delay in participating in this action. In Defendants' response in opposition to default judgment, Defendants state that their delay is due to internal miscommunications between their Florida and Nevada counsel. I find that Defendants are not deserving of sanctions for this oversight. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

(1) Plaintiff's Motion for Default Judgment (DE 10) is **DENIED.**

(2) Defendants must respond to Plaintiff's Complaint (DE 1) **on or before March 5, 2020.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 20 day of February, 2020.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE